# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSHIRE COMMERCIAL CAPITAL, LLC a Limited Liability Company, | ) CASE NO. 2:15-cv-04517 DSF(MRWx) ) ) **ORDER TO SHOW CAUSE RE** ) **CONTEMPT** |
| Plaintiff, | ) |
| vs. | ) ) |
| INSTANT FINANCING, INC. a California Corporation dba 800 AUTO TITLE LOANS, INSTANT AUTO TITLE LOANS, AND INSTANT PINK SLIP LOANS | ) ) ) ) ) |
| Defendants. | ) |

On February 22, 2016 the application of Plaintiff Wilshire Commercial Capital, LLC for an order to show case as to why a contempt citation should not issue against defaulted defendant Instant Financing Inc., came on for hearing

before this court. The application was granted. Instant Financing Inc. did not appear at the hearing, has not appeared at any other hearings, and has not filed any papers with this court including with relationship to the present application. Based on the materials presented by Wilshire Commercial Capital, it appears that Instant Financing, Inc. is in contempt of court. Therefore, Instant Financing Inc. is ordered to show cause, in writing, why it should not be sanctioned for its contempt. The written response is due no later than March 11, 2016. An inadequate response or a failure to respond will result in a sanction of $300 per day until Instant Financing, Inc. complies with the outstanding subpoena. A stipulation by the parties that Instant Financing, Inc. has complied with the subpoena will constitute an acceptable response to this order to show cause.

DATE: 3/2/16              _____
                          Hon. Dale S. Fischer
                          UNITED STATES DISTRICT JUDGE