**JS 6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSHIRE COMMERCIAL CAPITAL, LLC a Limited Liability Company, | Case No.: CV 15-04517 DSF (MRWx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| INSTANT FINANCING, INC. a California Corporation dba 800 AUTO TITLE LOANS, INSTANT AUTO TITLE LOANS, AND INSTANT PINK SLIP LOANS | |
| Defendants. | |

For the reasons stated in the Court's Order Granting Plaintiff Wilshire Commercial Capital, LLC's Motion for Entry of Default Judgment Against Defendant Instant Financing, Inc., judgment is entered in favor of Plaintiff, Wilshire Commercial Capital, LLC, and against Defendant, Instant Financing, Inc. in the amount of $300,000.00 as damages, $9,600.00 in attorney fees, and $3,300.00 in

sanctions, totaling $312,900.00, plus costs of suit incurred and post-judgment interest at the rate of 0.605%, equaling $1,893.045 interest per year, and $5.1864 per day.

It is further ordered that a permanent injunction issue enjoining Instant Financing, Inc., its agents, partners, servants, or employees, or any others acting in participation with Instant Financing, Inc. from: (1) registering any Internet domain name or utilizing an infringing name which consists in whole or in part of the letter string "800CarTitle"; (2) causing any third party to participate in any of the activities described in (1); and (3) utilizing in whole or in part the letter string "1800CarTitle" in the promotion of Instant Financing, Inc.'s sales or in connection with any form of advertising.

Dated: 12/14/16

_____
Dale S. Fischer
United States District Judge